Dismissed and
Memorandum Opinion filed August 25, 2011.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-11-00364-CV

____________

 

WALTER E. STRICKLAND, Appellant

 

V.

 

HARRIS COUNTY, HARRIS COUNTY DEPARTMENT OF EDUCATION,
THE PORT OF HOUSTON AUTHORITY OF HARRIS COUNTY, THE HARRIS COUNTY FLOOD CONTROL
DISTRICT, THE HARRIS COUNTY HOSPITAL DISTRICT, CITY OF HOUSTON, HOUSTON
INDEPENDENT SCHOOL DISTRICT, HOUSTON COMMUNITY COLLEGE SYSTEM, and GREATER
SOUTHEAST MANAGEMENT DISTRICT, Appellees

 



 

On Appeal from the 164th District Court

Harris County, Texas

Trial Court Cause No. 2009-30614

 

 



MEMORANDUM 
OPINION

            This is an appeal from an order granting appellees’ motion
for summary judgment signed March 25, 2011.  The clerk’s record was filed May
24, 2011.  Appellant’s brief was due June 23, 2011, but appellant did not file
a brief or a motion for extension of time to file his brief.

            On July 14, 2011, this court issued an order stating that
unless appellant filed a brief and a motion reasonably explaining why the brief
was late on or before August 12, 2011, the court would dismiss the appeal for
want of prosecution.  See Tex. R. App.
P. 42.3(b).

Appellant filed no
response.  Accordingly, the appeal is ordered dismissed.

 

                                                                        PER
CURIAM

 

Panel consists of Chief Justice
Hedges and Justices Anderson and Christopher.